### BOLTON et al. v. AMSLER et al.

#### (Supreme Court, Appellate Term. November 10, 1905.)

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by William C. Bolton and others against John J. Amsler and others. From a judgment in favor of plaintiffs, defendants appeal. Reversed.

Argued before SCOTT, P. J., and BISCHOFF and FITZGERALD, JJ.

Adam K. Stricker, for appellants.
John B. Grey, for respondents.

FITZGERALD, J. For reasons stated in opinion filed in action of Bolton et al. v. John J. Amsler, 95 N. Y. Supp. 481, the judgment herein against him must be reversed. As to defendant Elizabeth Amsler, there is absolutely no evidence in the record to support the judgment entered against her.

Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

SCOTT and BISCHOFF, JJ., concur in the result.